JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARMEN SARAFIAN, | ) | Case No. CV 25-1300 FMO (AJRx) |
| Plaintiff. | ) | |
| v. | ) | **JUDGMENT** |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 20th day of May, 2025.

_____/s/_____
Fernando M. Olguin
United States District Judge